# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00122-CV

**In re Donald Gene Blanton**

## ORIGINAL PROCEEDING FROM KAUFMAN COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Donald Gene Blanton filed a petition for writ of mandamus directed to the State Bar of Texas.  However, we may issue writs of mandamus only against a district judge or county judge sitting in our district, or to enforce our jurisdiction, none of which are implicated here. *See* Tex. Const. art. V, § 6; Tex. Gov't Code § 22.221(b).  The petition for writ of mandamus is dismissed for want of jurisdiction.  *See* Tex. R. App. P. 52.8(a).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Filed:   March 7, 2014